UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 3:11-CR-37(01)RM |
| | ) | |
| LUCAS TERRY | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on April 20, 2011 [Doc. No. 11]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Lucas Terry's plea of guilty, and FINDS the defendant guilty of Count 1 of the Information, in violation of 21 U.S.C. § 841(a)(1).

SO ORDERED.

ENTERED:  May 11, 2011

                                             /s/ Robert L. Miller, Jr.
                                             Judge
                                             United States District Court